IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 16-cv-288 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. SCHOLLMEYER | ) |
| RANDA L. SCHOLLMEYER, | ) |
| WESTCONSIN CREDIT UNION, and | ) |
| STATE OF WISCONSIN | ) |
| DEPARTMENT OF REVENUE, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT AND JUDGMENT ON COUNT III OF THE COMPLAINT**

This matter comes before the Court upon the United States' Motion for Default Judgment against defendants Michael Schollmeyer and Randa Schollmeyer.  Pursuant to the motion, it is hereby ORDERED that:

1. The United States motion is granted.

2. On Count I of the United States' Complaint, a default judgment is entered in favor of the United States and against the defendant, Michael Schollmeyer, for the unpaid balance of the federal income taxes and statutory additions to tax for tax years 1999, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012 in the amount of $ 475,255.90 as of September 2, 2016, plus fees and all statutory additions that have and will accrue thereafter as provided by law.  The Clerk shall enter a judgment in accordance herewith.

3. On Count II of the United States' Complaint, default judgment is entered in favor of the United States and against the defendant, Randa Schollmeyer, for the unpaid balance of the federal income taxes and statutory additions to tax for tax years 1999, 2005, 2006,

1

   2007, 2008, 2009, 2010, 2011, and 2012 in the amount of $ 475,255.90 as of September 2, 2016, plus fees and all statutory additions that have and will accrue thereafter as provided by law.  The Clerk shall enter a judgment in accordance herewith.

4. The United States' federal tax liens associated with Michael Schollmeyer and Randa Schollmeyers' federal income tax tax liabilities, referred to above, are valid and subsisting liens that attached to all property and rights to property of Michael Schollmeyer and Randa Schollmeyer, including the real property located at 2783 County Road North, Wilson, WI 54027 (the "Property"), within this judicial district.  The federal tax liens are enforced against the Property and it shall be sold pursuant to the separate order of this Court.

5. On Count III of the United States' Complaint, the stipulation as to priority of the respective lien interests (filed at Dkt. No. 11) of the United States, Westconsin Credit Union, and the State of Wisconsin, Department of Revenue, is hereby approved and judgment is entered accordingly.

The Clerk of the Court shall enter this judgment forthwith:

Dated this 12th day of October, 2016

_____
United States District Judge
William M. Conley