IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 16-cv-288 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. SCHOLLMEYER | ) | |
| RANDA L. SCHOLLMEYER, | ) | |
| WESTCONSIN CREDIT UNION, and | ) | |
| STATE OF WISCONSIN | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER CONFIRMING THE SALE OF THE SUBJECT REAL PROPERTY AND
DIRECTING DISTRIBUTION OF PROCEEDS**

On June 15, 2017, the United States filed a Motion for Order Confirming the Sale of the Property and Directing Distribution of Proceeds. Upon review, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the sale of the real property located at 2783 County Road North, Wilson, WI 54027 (the "Property") to Steven R. and Jeri A. Talmage for $170,000 is CONFIRMED.

It is further ORDERED that the IRS shall issue a deed for the Property to Steven R. and Jeri A. Talmage.

It is further ORDERED the Clerk of the Court shall distribute the proceeds from the sale ($170,000 total deposited) as follows:

//

//

A. *First,* to PALS (payable to the **United States Treasury**) for the cost of the sale in the amount of **$767.58**. The check shall be sent to:

> Amy Beatty
> Internal Revenue Service
> 211 W. Wisconsin Avenue
> Milwaukee, WI 53203-2303

B. *Second,* to Westconsin Credit Union (payable to **WESTconsin Credit Union**) in the amount of **$66,858.35** as of June 20, 2017,[1] in satisfaction of its outstanding mortgage on the Property. The check shall be sent to:

> Westconsin Credit Union
> Attn: Craig Adams
> 444 Broadway St. South
> Menomonie, WI 54751

C. *Third,* to the United States (payable to the **United States Department of Justice**) to be applied to the unpaid federal tax liabilities, as recorded in the notices of federal tax lien filed on December 31, 2007, for the tax period ending 12/31/1999 in the amount of **$14,278.53**, pursuant to the judgment entered against Michael and Randa Schollmeyer on October 16, 2016 (Dkt. No. 25). The check shall be sent to:

> Tax Division, FLU Unit
> U.S. Department of Justice
> P.O. Box 310
> Ben Franklin Station
> Washington, DC 20044

D. *Fourth,* to the State of Wisconsin, Department of Revenue, (payable to **the Wisconsin Department of Revenue**), to be applied to the unpaid tax state tax liabilities for the tax periods ending 12/31/2005 and 12/31/2006 in the amount of **$37,811.78**. The check shall be sent to:

> Adam Ben-Zikri
> Office of General Counsel
> P.O. Box 8907

---

[1] Westconsin incurs $14.04 in per diem interest on its mortgage at issue in the above-captioned case. Westconsin consents to issuance of a check by the Clerk of the Court issued earlier than June 20, 2017 which takes into account any per diem interest not incurred or, in the alternative, a check that includes the additional interest incurred after June 20, 2017.

Madison, WI 53708-8907

E. *Fifth,* the remaining proceeds of the sale, estimated at **$50,284.00** (not to exceed $96,001.39) to the United States (payable to the **United States Department of Justice**) to be applied to the unpaid federal tax liabilities, as recorded in the notices of federal tax lien filed on February 13, 2012, for the tax period ending 12/31/2005 pursuant to the judgment entered against Michael and Randa Schollmeyer on October 16, 2016 (Dkt. No. 25). The check shall be sent to:

>	Tax Division, FLU Unit
>	U.S. Department of Justice
>	P.O. Box 310
>	Ben Franklin Station
>	Washington, DC 20044

IT IS SO ORDERED.

Dated: 6/23/2017

_____
United States District Judge
Western District of Wisconsin

3